UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61590-CIV-COHN/WHITE

TIFFANY ANN CREASE,

04-60070 CR COHN *

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING REPORT OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon a Report and Recommendation regarding Movant Tiffany Ann Crease's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. §2255 [DE 11]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion and the Report and Recommendation, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Report of Magistrate Judge Patrick A. White [DE 11] is **ADOPTED**.

2.     Movant Tiffany Ann Crease's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. §2255 [DE 1] is **DISMISSED** as time-barred.

3.     All pending motions are **DENIED as moot**. The Clerk of Court is directed

to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 16th day of April, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Tiffany Ann Crease, *pro se*
Reg. No. 56912-004
F.C.I.-Tallahassee
561 Capital Circle N.E.
Unit B/N
Tallahassee, FL 32301